IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD FRANKLIN SMITH,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, et al.,<br><br>Defendants. | Case No.: C 14-0331 JSC (PR)<br><br>**ORDER OF DISMISSAL;**<br>**INSTRUCTIONS TO CLERK** |

Plaintiff, a California prisoner condemned to death, filed this pro se civil rights complaint under 42 U.S.C. § 1983.[1] Plaintiff claims that the California Supreme Court's policies for reviewing his state habeas petition violate his constitutional rights. Based on these claims, Plaintiff seeks to have his conviction reversed and all criminal charges dismissed. Such claims must be raised in a federal petition for a writ of habeas corpus, not in a civil rights action. *See Skinner v. Switzer*, 131 S. Ct. 1289, 1293 (2011) (habeas is the "exclusive remedy" for the prisoner who seeks "immediate or speedier release"); *Docken v. Chase*, 393 F.3d 1024, 1026 (9th Cir. 2004) (challenges implicating the fact or duration of

---

[1] Plaintiff has consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). (Dkt. No. 6.)

1 confinement must be brought through a habeas petition).  Accordingly, this case is
2 DISMISSED without prejudice to Plaintiff pursuing his claims in a petition for a writ of
3 habeas corpus.

4     Approximately two weeks after this case was opened, the Court received from
5 Petitioner a petition for a writ of habeas corpus making the same claims that he makes in his
6 civil rights complaint.  The habeas petition was filed in this case (Dkt. 7).  The Clerk is
7 instructed to file the habeas petition in a new case.

8     Leave to proceed in forma pauperis is granted in a separate order.  The Clerk shall
9 enter judgment and close the file.

10 **IT IS SO ORDERED.**

11 Dated: March 31,2 014

                                        _____
                                        JACQUELINE SCOTT CORLEY
                                        UNITED STATES MAGISTRATE JUDGE